# EXHIBIT A

**Defendant:** American Freight, LLC
**Creditor ID:** AF365
**Bankruptcy Case:** *In re Franchise Group, Inc., et al., Case No. 24-12480 (LSS) (Bankr. D. Del.)*
**Preference Period:** August 5, 2024 - November 3, 2024

| Debtor | Customer Check/Pmt# | Amount of Invoice Paid | Payment Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| American Freight, LLC | 41256 | $21,500.00 | 8/13/2024 | INV76548 | 7/31/2024 | $21,500.00 |
| | 41567 | $21,500.00 | 9/19/2024 | INV77659 | 8/31/2024 | $21,500.00 |
| **Total Transfers** | **2** | **$43,000.00** | | | | **$43,000.00** |